IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

SHAWN TIFFANY BRENNAN AND
SAMANTHA SCOTT BRENNAN,
IN THEIR CAPACITY AS INDEPENDENT
CO-EXECUTORS OF THE SUCCESSION
OF JAMES CHARLES BRENNAN                                              PLAINTIFFS

VS.                                                                                    CIVIL ACTION NO. _____

BRENNAN'S, INC.                                                                DEFENDANTS

THEODORE BRENNAN, BRIDGET
BRENNAN TYRRELL, ALANA BRENNAN,
AND TEDDY BRENNAN, JR.                                                INTERVENORS

## NOTICE OF REMOVAL

COMES NOW Defendant, BRENNAN'S INC., by and through its counsel of record, and gives Notice of it's removal of these proceedings filed against it to the United States District Court for the Eastern District of Louisiana. In support of removal, BRENNAN'S, INC. states as follows:

1.     The action is presently pending in the Civil District Court for the Parish of Orleans, State of Louisiana, Docket No. 2011-6458, Div. "L-6."

2.     On June 10, 2013, Intervenors, Theodore Brennan, Bridget Brennan Tyrrell, Alana Brennan, and Teddy Brennan, Jr. ("Intervenors") file a Petition in Intervention in this action. Without notice or request for argument, the District Judge granted Intervenors' *Ex Parte* Motion for Leave to Intervene on that same date.

3. The Petition in Intervention constitutes a pleading or other paper from which it may first be ascertained that this case is one which has become removable. Removal of this matter is timely and proper pursuant to 28 U.S.C. § 1446(b). This Notice of Removal is being filed within thirty (30) days after receipt by BRENNAN'S, INC. of the Petition in Intervention and Order Granting *Ex Parte* Motion for Leave to Intervene filed in this action.

4. Consistent with the provisions and requirements of 28 U.S.C. § 1446, and pursuant to the Local Rules of the United States District Court for the Eastern District of Louisiana, attached are the following:

A) A list of all parties in this Civil Action. **Exhibit "1"**

B) Copies of all pleadings filed in state court. **Exhibit "2"**

5. Removal to the United States District Court for the Eastern District of Louisiana is appropriate under 28 U.S.C. §§ 1331, 1441, and 1446. The Petition to Intervene is an attempt by Intervenors to obtain relief from a federal court ruling, order, and/or judgment, and/or is otherwise an attempt to attack or undermine a federal court ruling, order, and/or judgment.

WHEREFORE, Defendant, BRENNAN'S, INC. hereby effects removal of this cause of action to the United States District Court for the Eastern District of Louisiana.

DATED this the 19TH day of June, 2013.

Respectfully submitted,

BRENNAN'S, INC.

By: _____
TIM GRAY

## CERTIFICATE OF SERVICE

I, Tim Gray, certify that a true and correct copy of the above pleading has been hand-delivered to the Clerk of Court for the Parish of Orleans, State of Louisiana, Division "L", New Orleans, Louisiana; and served by electronic mail, facsimile transaction, and placing the same in the United States mail, postage prepaid to the following counsel of record:

>Philip A. Franco
>philip.franco@arlaw.com
>Adams and Reese, LLP
>One Shell Square
>701 Poydras Street, Suite 4500
>New Orleans, LA 70139
>
>Philip A. Wittmann
>pwittman@stonepigman.com
>Stone Pigman Walther Wittmann, L.L.C.
>546 Carondelet Street
>New Orleans, LA 70130

DATED this the 19TH day of June, 2013.

By: _____
TIM GRAY

OF COUNSEL:

TIM GRAY (BAR NO. #31748)
ONE SHELL SQUARE
701 POYDRAS STREET, SUITE 4350
NEW ORLEANS, LOUISIANA 70139-6001
504.799.4386 - PHONE
504.799.4384 - FAX
tgray@fpwk.com