IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Shawn Tiffany Brennan, et al. | Civil Action No. 2:13-cv-4848 |
| *Plaintiffs*. | Judge Susie Morgan |
| V. | Magistrate Judge Sally Shushan |
| Brennan's Inc., | |
| *Defendant*. | |

**ORDER GRANTING *EX PARTE* JOINT MOTION TO DISMISS CLAIMS AND CLOSE CASE**

**CONSIDERING** the *Ex Parte Joint Motion to Dismiss Claims and Close Case* filed by Shawn Tiffany Brennan and Samantha Scott Brennan, in their capacity as independent co-executors of the Succession of James Charles Brennan; Bridget Brennan Tyrell; Theodore Brennan; Alana Brennan; Teddy Brennan, Jr; and Ronald J. Hof, chapter 7 trustee for the bankruptcy estate of Brennan's Inc.,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims asserted by and against the parties to this action are dismissed, with prejudice; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the above-captioned case is closed.

New Orleans, Louisiana this 11th day of January, 2015.

_____
HONORABLE JUDGE SUSIE MORGAN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA